Kevin J. Nash, Esq. (KJN-6274)
GOLDBERG WEPRIN
FINKEL GOLDSTEIN, LLP
1501 Broadway, 22nd Floor
New York, New York 10036
(212) 221-5700

Attorneys for Eli Tabak

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                        Chapter 11

Lucky Star-Deer Park Mezz LLC,                              8-20-72403 (REG)

                                                                   Debtor.
------------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned now hereby appears as counsel for Eli Tabak, an interested party, in the above captioned case and requests as provided in 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) (the "Bankruptcy Rules") that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

                    GOLDBERG WEPRIN
                    FINKEL GOLDSTEIN, LLP
                    1501 Broadway, 22nd Floor
                    New York, New York 10036
                    Attn: Kevin J. Nash, Esq.
                    Tel. (212) 221-5700
                    E-mail: KNash@GWFGLaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notices

of any application, motion, petition, pleadings, plans and disclosure statements, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail, internet, or otherwise filed of made with regard to the above captioned case, that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

Dated: New York, New York
       July 21, 2020

                      GOLDBERG WEPRIN
                      FINKEL GOLDSTEIN, LLP
                      Counsel for Eli Tabak
                      1501 Broadway, 22nd Floor
                      New York, New York 10036
                      Tel. (212) 221-5700


                      By:   /s/ Kevin J. Nash
                            KEVIN J. NASH, ESQ.